UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 03-226 |
| v. | : | |
| | : | |
| MICHAEL MARSHALL | : | ORDER (KSH) |
| | : | |

This matter having come before the Court on the application of defendant Michael Marshall through his attorney, David A. Holman, Assistant Federal Public Defender, for an order terminating his supervised release sentence imposed by District Judge Honorable Katharine S. Hayden, on October 4, 2004, and with no objection from United States Probation Officer, Patrick Hattersely.

IT IS on this ____ day of June, 2011

ORDERED that the term of supervised release imposed by this Court on October 4, 2004, be hereby terminated.

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT COURT JUDGE